FILED
JUN 7 2005
CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )
                                  )
            Plaintiff,            )    MAG. NO.
                                  )
      v.                          )
                                  )    MAG-0 5 - 0 1 6 0 PAN
(SEALED)                          )
                                  )
            Defendant(s).         )
                                  )

## SEALING ORDER

Upon application of the United States, and good cause having been shown,

IT IS HEREBY ORDERED that the Complaint, the Affidavit in Support of the Complaint, and this Order in the above-captioned matter, shall be sealed until further order of this court.

DATED: June 6, 2005

_____
HON. PETER A. NOWINSKI
United States Magistrate Judge

# SEALED