1  McGREGOR W. SCOTT
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 551-2724

**FILED**

JUN - 7 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )
                                       )
12              Plaintiff,             )
                                       )   MAG. NO. 05-0160-PAN
13         v.                          )   MAG. NO. 05-0161-PAN
                                       )
14  (SEALED)                           )
                                       )   REQUEST FOR UNSEALING
15              Defendant(s).          )
    _____)
16

17      On June 6, 2005, the Court signed an order sealing the

18  Complaints, the Affidavits in Support of the Complaints, and the

19  Sealing Orders in the instant actions.  Given the status of the

20  investigation and the scheduled court appearance of the defendant in

21  each case, there is no longer a need for these documents to remain

22  sealed.  It is requested that the documents be unsealed so that the

23  defendants and their attorneys can examine them prior to the court

24  appearance.

25  ///

26  ///

27  ///

28  ///

                                   1

1   Therefore the Government requests that the Court issue an order

2   unsealing the above referenced documents.

3   DATED: June 7, 2005

                                    McGREGOR W. SCOTT
4                                   United States Attorney

5
                                    By:
6                                       R. STEVEN LAPHAM
                                        Assistant U.S. Attorney
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2

1

## ORDER

2       IT IS HEREBY ORDERED that the Complaints, the Affidavits in

3   Support of the Complaints, and the Sealing Orders in the above-

4   captioned matters be and hereby are ordered unsealed.

5   DATED: June 7, 2005

6

7
                                    _____
                                    PETER A. NOWINSKI
8                                   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3